Michael D. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
(509) 484-5972 FAX

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EARNEST HEIB and CHRISTINE HEIB husband and wife,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ARCHES FINANCIAL, a Utah limited liability Company and PAUL LAW OFFICES<br><br>　　　　Defendants. | Case No.: CV-08-155-FVS<br><br>JUDGMENT |

Judgment is hereby entered against Defendant Arches Financial, LLC, a Utah Limited Liability Corporation, and Defendant Paul Law Offices, a Utah Professional Limited Liability Corporation, jointly and severally, for damages, attorney fees and costs in the total amount of ONE HUNDRED FIFTY-SEVEN THOUSAND NINE-HUNDRED DOLLARS ($157,900.00) calculated as follows:

　　a. $3,900.00 in actual damages of $1,300.00; trebled to $3,900.00 pursuant to the Washington State Consumer Protection Act;

　　b. $75,000.00 in emotional damages to Christine Heib;

JUDGMENT  -1-

c. $75,000.00 in emotional damages to Earnest Heib;

d. $1,000.00 in statutory damages against defendant Paul Law Office to Christine Heib pursuant to 15 USC § 1692k(a)(2)(A);

e. $1,000.00 in statutory damages against defendant Arches Financial to Christine Heib pursuant to 15 USC § 1692k(a)(2)(A);

f. $1,000.00 in statutory damages against defendant Paul Law Office to Earnest Heib pursuant to 15 USC § 1692k(a)(2)(A);

g. $1,000.00 in statutory damages against defendant Arches Financial to Earnest Heib pursuant to 15 USC § 1692k(a)(2)(A);

h. Costs and attorney fees as allowed by federal and state law.

It is so ORDERED this 14th day of October, 2008.

*Honorable Judge*

s/ Fred Van Sickle
Fred Van Sickle

Presented by:

*Michael D. Kinkley P.S.*

/s Michael D. Kinkley
Michael D. Kinkley
WSBA # 11624
Attorney for Plaintiff

JUDGMENT   -2-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611