UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EARNEST HEIB, and CHRISTINE HEIB, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br><br>ARCHES FINANCIAL, a Utah Limited Liability Company, and PAUL LAW OFFICES,<br><br>　　　　　Defendants. | No. CV-08-0155-FVS<br><br>ORDER DENYING MOTION FOR ATTORNEY'S FEES AND COSTS WITHOUT PREJUDICE |

**THIS MATTER** comes before the Court on Plaintiffs' motion for attorney's fees and costs following the Court's order of default judgment in this case. Plaintiffs are represented by Michael D. Kinkley.

**BACKGROUND**

Plaintiffs filed their complaint on May 14, 2008. (Ct. Rec. 1). Plaintiffs alleged that Defendants violated their rights by attempting to collect an alleged debt by repeatedly and continuously calling the Plaintiffs at their home late at night with intent to harass.

Defendants were served but did not answer or otherwise appear in this matter. A clerk's order of default was entered on July 8, 2008. (Ct. Rec. 5). Plaintiff filed a motion for default judgment on August 5, 2008 (Ct. Rec. 9) and set a hearing for oral argument in order to present their claim for damages to the Court. Following the

ORDER DENYING MOTION FOR ATTORNEY'S FEES AND COSTS . . . - 1

hearing, findings of fact and conclusions of law (Ct. Rec. 22) and judgment in favor of Plaintiffs (Ct. Rec. 23) was entered in this matter, and the case was closed.  Plaintiffs were awarded damages in the total amount of $157,900.00.  Plaintiffs were additionally awarded costs and attorney's fees as allowed by federal and/or state law.

**DISCUSSION**

While Plaintiffs have moved for attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) and R.C.W. 19.86 *et seq.*, and indicated that Mr. Kinkley's usual hourly rate is $300.00, there has been no documentation presented nor a request made for a specific amount of hours reasonably spent on this case. (Ct. Rec. 24-26). Mr. Kinkley's declaration "Regarding Hours Spent" indicates that a true and correct copy of his stated time, charges and costs in this matter is attached to the declaration. (Ct. Rec. 26 ¶¶ 2 & 6). However, no such attachment was provided.  Counsel has failed to make a specific request for fees and costs and has failed to document or otherwise justify hours reasonably spent on this litigation.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' motion for attorney's fees and costs (**Ct. Rec. 24**) is **DENIED without prejudice**.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___31st___ day of October, 2008.

                S/Fred Van Sickle
                Fred Van Sickle
      Senior United States District Judge