1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

8   EARNEST HEIB and CHRISTINE       )
9   HEIB husband and wife,           )
                                     )
                                     )
10           Plaintiffs,             )   Case No.: CV-08-155-FVS
                                     )
11       vs.                         )
                                     )
12   ARCHES FINANCIAL, a Utah limited)
     liability Company and PAUL LAW  )   JUDGMENT ON GARNISHMENT
13   OFFICES                         )   ANSWER AND ORDER TO PAY
                                     )
14                                   )
                                     )
15           Defendants,             )
                                     )
16   Key Bank National Association   )
                                     )
17           Garnishee.              )

18

19                     I.  JUDGMENT SUMMARY

20   Judgment Creditor:            Earnest Heib; and Christine Heib

21   Garnishment Judgment Debtor   Key Bank National Association

     (Garnishee):
22

23   Garnishment Judgment Amount:   $3,825.78

24   Costs Judgment Debtor (Defendant):           $0.00

25   Costs Judgment Amount (Costs and Attorneys' Fees):    $250.00

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

1    Judgments to Bear Interest at:          <u>0</u> %

2    Attorney for Judgment Creditor:       <u>Michael D. Kinkley, P.S.</u>

3

4                                 II. BASIS

5        IT APPEARING THAT, garnishee was indebted to defendant in the

6    nonexempt amount of $3,825.78; that at the time the Writ of Garnishment was

7    issued defendant was employed by or maintained a financial institution account

8    with garnishee, or garnishee had in its possession or control funds, personal

9    property, or effects of defendant; and that plaintiff has incurred recoverable costs

10   and attorney fees of $250.00; now, therefore, it is hereby,

11                               III. ORDER

12       ORDERED that plaintiff is awarded judgment against garnishee in the

13   amount of $3,825.78; that plaintiff is awarded judgment against defendant in the

14   amount of $250.00, for recoverable costs; that, garnishee shall pay its judgment

15   amount to plaintiff's attorney through the registry of the court, and the clerk of the

16   court shall note receipt thereof and forthwith disburse such payment to plaintiff's

17   attorney, Michael D. Kinkley of Michael D. Kinkley, P.S.; Garnishee is advised

18   that the failure to pay its judgment amount may result in execution of the

19   judgment, including garnishment.

20

21   It is so ORDERED this __2nd__ day of December, 2009.

22

23            S/Fred Van Sickle

24   _____

25            Hon. Fred Van Sickle
             United States District Court
             Eastern District of Washington


JUDGMENT ON GARNISHMENT
ANSWER AND ORDER TO PAY   -2-