UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EARNEST HEIB, and CHRISTINE HEIB, husband and wife,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARCHES FINANCIAL, a Utah Limited Liability Company, and PAUL LAW OFFICES,<br><br>　　　　Defendants. | No. CV-08-0155-FVS<br><br>ORDER GRANTING STIPULATED MOTION TO VACATE JUDGMENT AND DISMISS WITH PREJUDICE |

**THIS MATTER** comes before the Court on the parties' "Agreed and Stipulated Motion to Vacate Judgment and Dismiss with Prejudice." (Ct. Rec. 72). The parties have reached a settlement in this matter.

**RULING**

The Court having reviewed the parties' motion and attached documentation, **IT IS HEREBY ORDERED as follows:**

1. Plaintiffs' Motion to Expedite Hearing on Motion to Vacate Judgment and Dismiss with Prejudice (**Ct. Rec. 69**) is **GRANTED**.

2. The Agreed and Stipulated Motion to Vacate Judgment and Dismiss with Prejudice (**Ct. Rec. 72**) is **GRANTED**.

3. The Judgment entered by the Court against Arches Financial, LLC, and Paul Law Offices on October 14, 2008 (**Ct. Rec. 23**) is **VACATED**.

4. The above-entitled cause of action is **DISMISSED with prejudice** and without an award of attorney's fees or costs to any party.

ORDER GRANTING STIPULATED MOTION . . . - 1

1  **IT IS SO ORDERED.**  The District Court Executive is hereby
2  directed to enter this order and furnish copies to counsel.
3  **DATED** this ___16th___ day of July, 2010.

                         S/Fred Van Sickle
                         Fred Van Sickle
                Senior United States District Judge